UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    DAWN PRYSTAJKO

                  Plaintiff(s)

      -vs-                                  05-Cv-6271T

    LOWE'S HOME CENTER, INC.

                  Defendant(s)
_____

        Marguerite S. Walsh, Esq. and Bradley E. Strawn, Esq. have submitted to the Court evidence that they are presently members in good standing of various state and federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Marguerite S. Walsh, Esq. and Bradley E. Strawn, Esq. are granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee, Marguerite S. Walsh, Esq. and Bradley E. Strawn, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.

                                        S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated:  Rochester, New York
       September 2, 2005